

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00243-CV

---

In the Estate of David Burnett, Deceased

---

On Appeal from the Probate Court No 2
El Paso County, Texas
Trial Court No. 2020CPR01108

---

## MEMORANDUM OPINION

Appellant filed a notice of appeal on May 26, 2026, but neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On July 8, 2026, the Clerk of this Court notified Appellant that the fee was due and that this

appeal could be dismissed if they failed to pay the filing fees by July 18, 2026. The Clerk further notified Appellant that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Appellant neither paid the filing fees nor otherwise responded to the Clerk's notice. [1]

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).


MARIA SALAS MENDOZA, Chief Justice

July 21, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] In addition, Appellant has not filed the required docketing statement. Tex. R. App. P. 32.1.